UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CIVIL MINUTES - GENERAL | | 'O'   JS-6 |
|---|---|---|
| Case No. | 2:13-cv-08221-CAS(JCx) | Date  July 23, 2014 |
| Title | ERICA A DE LEON V. 72 NORTH INC ET AL. | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(In Chambers:)** PLAINTIFF'S MOTION TO REMAND (Dkt. 11, filed June 25, 2014)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of July 28, 2014, is vacated, and the matter is hereby taken under submission.

On June 25, 2014, plaintiff Erica A. De Leon filed a motion to remand this case to Los Angeles County Superior Court. Dkt. 11. No party has filed an opposition to plaintiff's motion. Accordingly, the Court hereby GRANTS plaintiff's motion and remands this case to Los Angeles County Superior Court. See Local Rule 7-12.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |